### ATLANTIC COAST LINE RAILROAD COMPANY v. TOWN OF SANFORD ET AL.

(Filed 24 September, 1924.)

APPEAL by defendants from *Midyette, J.,* at chambers in Goldsboro, 4 June, 1924, continuing a restraining order to the final hearing. From LEE.

*Charles G. Rose and Hoyle & Hoyle for plaintiff.*
*Williams & Williams for defendants.*

ADAMS, J. The plaintiff filed an affidavit that the defendants, purporting to act by virtue of final assessments against the plaintiff, had advertised certain of its tracks and other property for sale. We have held in the preceding case that the alleged assessments were improperly made, and it follows that his Honor's judgment should be

Affirmed.